1  KENNETH A. FEINSWOG
2  kfeinswog@aol.com
   Bar No. 129562
3  400 Corporate Pointe, Suite 300
4  Culver City, California 90230
   Telephone: (310) 846-5800
5  Facsimile:  (310) 846-5801

6
   Attorney for Plaintiff
7

FILED
CLERK U.S. DISTRICT COURT
JAN - 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
OF CALIFORNIA

------------------------------------------------X
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.,

              Plaintiff,

      -against-


W.H.G., INC. and AILAN JIN,

             Defendants.
------------------------------------------------X

CIVIL ACTION NO.
11-4088 SVW-FFM


[~~PROPOSED~~] ORDER
OF DISMISSAL WITHOUT
PREJUDICE

1

The parties having stipulated to a dismissal of the above-referenced action;

IT IS HEREBY ORDERED THAT the above-referenced action is hereby dismissed without prejudice with each party bearing its own costs and attorneys' fees.

Dated 1/5/2012

_____
THE HONORABLE STEPHEN V. WILSON
United States District Judge